# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02785-GPG-NRN

Meggs, et al.

        Plaintiffs,

  vs.

Cub Square Centre LLC, et al

        Defendants.

_____/

## NOTICE OF SETTLEMENT

The Plaintiffs, with consent of the remaining Defendant, Cub Square Centre LLC, hereby inform this Court that the Parties have agreed, in principle, to settle the above-captioned matter. The Parties expect to execute a settlement agreement and file dismissal papers within the next sixty (60) days.

Accordingly, the Parties respectfully request that the Court vacate the Rule 16(b) Scheduling Conference currently scheduled for June 20, 2023, vacate all pending deadlines related thereto, and require the Parties to file dismissal papers on or before July 10, 2023.

Respectfully submitted this 11th day of May 2023,

                                                                      <u>*s/ Jon G. Shadinger Jr.*</u>
                                                                      Jon G. Shadinger Jr., Esq.
                                                                      Shadinger Law, LLC
                                                                      717 E. Elmer Street, Suite 7
                                                                      Vineland, NJ 08360
                                                                      Direct (609) 319-5399
                                                                      Office (609) 691-8565
                                                                      Fax (609) 262-4651
                                                                      js@shadingerlaw.com
                                                                      *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
