**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-02785-GPG-NRN

Meggs, et al.

      Plaintiffs,

  vs.

Cub Square Centre LLC, et al.

      Defendants.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    It is hereby stipulated and agreed, by and between the Plaintiffs and the sole remaining Defendant, Cub Square Centre LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this 5th day of June 2023,

| | |
|---|---|
| **/s/ Jon G. Shadinger Jr.** | **/s/ Ryan T. Shaffer** |
| Jon G. Shadinger Jr., Esq. | Ryan T. Shaffer, Esq. |
| Shadinger Law, LLC | Sherman & Howard LLC |
| 717 E. Elmer St., Suite 7 | 675 Fifteen Street, Suite 2300 |
| Vineland, NJ 08360 | Denver, CO 80202 |
| Direct (609) 319-5399 | Direct (303) 299-8495 |
| Office (609) 691-8565 | rshaffer@shermanhoward.com |
| Fax (609) 262-4651 | *Attorneys for Defendant* |
| js@shadingerlaw.com | |
| *Attorney for Plaintiffs* | |